```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 03778
    CARLOS A VEGA SR
    ANTONIA VEGA                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
            Debtor
    SSN XXX-XX-8265     SSN XXX-XX-2871


----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/19/08 and confirmed on 06/05/08.

    2.  The case was dismissed after confirmation, 10/31/2008.

    3.  The Debtor paid a total of $   2720.00 .

    4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------------------
AMERICREDIT FINANCIAL      SECURED VEHIC      7859.55         39.59        2122.65
CENTRAL DUPAGE EMERG PHY   UNSECURED        NOT FILED           .00           .00
CENTRAL DUPAGE HOSPITAL    UNSECURED        NOT FILED           .00           .00
CENTRAL DUPAGE HOSPITAL    UNSECURED        NOT FILED           .00           .00
CYNTHIA J OBRIEN MD        UNSECURED        NOT FILED           .00           .00
FIRST PREMIER BANK         UNSECURED        NOT FILED           .00           .00
GROVE DENTAL ASSOC PC      UNSECURED        NOT FILED           .00           .00
SPRINT NEXTEL              UNSECURED        NOT FILED           .00           .00
TCF BANK                   UNSECURED        NOT FILED           .00           .00
US CELLULAR                UNSECURED        NOT FILED           .00           .00
WEST SUBURBAN MED & SURG   UNSECURED        NOT FILED           .00           .00
CITIMORTGAGE               CURRENT MORTG          .00           .00           .00
        Summary of disbursements:
----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  7859.55         .00          .00         .00      7859.55
PRINCIPAL PAID      2122.65         .00          .00         .00      2122.65
INTEREST PAID         39.59         .00          .00         .00        39.59
TOTAL PAID          2162.24         .00          .00         .00      2162.24
The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   3500.00
and was paid $    400.00 .

The Trustee received $    157.76 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 01/14/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```